UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

ANN PHILLIPS,
   and
BRITTANI RILEY,                    CASE NO. 18-cv-1563

individually and on behalf of
all others similarly situated,
      Plaintiffs,
   v.

NAVITUS HEALTH SOLUTIONS, LLC,
      Defendant.

## JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT

Plaintiff Ann Phillips and Plaintiff Brittani Riley (collectively "Plaintiffs") and Defendant Navitus Health Solutions, LLC ("Navitus") (collectively the "Parties") submit this Joint Motion for Preliminary Approval of Class and Collective Action Settlement. The Parties were able to reach a settlement of the claims alleged in Plaintiffs' amended complaint through two mediation sessions. The Parties' settlement agreement is filed contemporaneously with this motion. In connection with this settlement, the Parties have agreed to stipulate to conditional certification. As provided more fully in the Parties' brief in support, the Parties respectfully move the Court for the following:

    1.    an Order preliminarily approving the Settlement Agreement attached as Exhibit 1 to this motion, as fair, reasonable, and adequate;

1

2. an Order granting the Parties' Joint Stipulation to Conditional and Class Certification pursuant to 29 U.S.C. § 216(b) and Fed. R. Civ. P. 23;

3. an Order appointing Plaintiffs Phillips and Riley as Class Representatives;

4. an Order appointing Hawks Quindel, S.C. as Class Counsel pursuant to Fed. R. Civ. P. 23(g);

5. an Order approving the form and content of the Notice of Proposed Class Action Settlement (the "Notice") for distribution to all putative members of the Rule 23 Classes and the conditionally certified Collective Classes; and approving that the provision of the Notice of Proposed Class Action Settlement by mail constituted valid, due, and sufficient notice to the putative members of the Rule 23 Classes and Collective Classes;

6. an Order that Rust Consulting must mail the Notice of Proposed Class Action Settlement to the putative members of the Rule 23 Classes and Collective Classes within seven days of the Court's Order preliminarily approving the Settlement Agreement;

7. an Order that individuals who wish to exclude themselves from the Rule 23 Classes must opt-out per the instruction set forth in the Notice within thirty days of the mailing of the Notice;

8. an Order that any individual who does not exclude themselves from the Rule 23 Classes shall be bound by the Court's Order Finally Approving the Settlement with respect to the Rule 23 Classes;

9. an Order that any putative member of the Rule 23 Classes or Collective Classes who wishes to object in any way to the Settlement Agreement must file and serve such written objections per the instructions in the Notice no later than thirty days after the mailing of the Notice, together with copies of all papers in support of his or her position;

10. an Order that Class Counsel shall file a Motion for Approval of Attorneys' Fees and Costs 21 days before the Fairness Hearing, and a direction that any supplemental briefing in support of final approval of the Settlement Agreement or in response to any objections to the application of attorneys' fees be filed at least seven days before the Fairness Hearing, and that the Court shall determine at the Fairness Hearing what amount attorneys' fees and reimbursement of costs and expenses should be awarded to Class Counsel.

Dated this 13th day of March, 2020.

| Respectfully submitted, | Respectfully Submitted, |
|---|---|
| s/ *Lynn M. Stathas* | s/ *Larry A. Johnson* |
| Lynn M. Stathas | Larry A. Johnson |
| WI State Bar ID No. 1003695 | Bar Number 1056619 |
| Christopher K. Schuele | Summer Murshid |
| WI State Bar ID No. 1093960 | Bar Number 1075404 |
| | Timothy Maynard |
| | Bar Number 1080953 |
| | Attorneys for Plaintiffs |
| **Reinhart Boerner Van Deuren s.c.** | **Hawks Quindel, S.C.** |
| 22 East Mifflin Street, Suite 700 | 222 East Erie, Suite 210 |
| P.O. Box 2018 | P.O. Box 442 |
| Madison, WI 53701-2018 | Milwaukee, WI 53201-0442 |
| Telephone: 608-229-2200 | Telephone: 414-271-8650 |
| Facsimile: 608-229-2100 | Fax: 414-271-8442 |
| E-mail: lstathas@reinhartlaw.com | E-mail: ljohnson@hq-law.com |

E-mail: cschuele@reinhartlaw.com          E-mail:  smurshid@hq-law.com
                                          E-mail:  tmaynard@hq-law.com

Attorneys for Defendant, Navitus          Attorneys for Plaintiffs, Ann Phillips, and
Health Solutions, LLC                     Brittani Riley