UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

ANN PHILLIPS,

and

BRITTANI RILEY,
individually and on behalf of
all others similarly situated,

   Plaintiffs,      CASE NO. 18-cv-1563

  v.

NAVITUS HEALTH SOLUTIONS, LLC,

   Defendant.

## PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF COLLECTIVE AND CLASS ACTION SETTLEMENT

  Pursuant to FED. R. CIV. P. 23, Plaintiffs Ann Phillips and Brittani Riley ("Plaintiffs"), on behalf of themselves and the Collective On-Call Class, Collective Break Class, Collective Pre/Post Shift Work Class, Collective Bonus Class, Wisconsin Pre/Post Shift Work Class, Wisconsin Break Class, Wisconsin Bonus Class, Wisconsin Stipend Class, and Wisconsin On-Call Class (collectively, the "Classes"), hereby respectfully request the Court fully and finally approve the Parties' Class and Collective Settlement Agreement (the "Settlement Agreement") in this matter. Defendant does not oppose this motion.

1. The Parties executed the Settlement Agreement to resolve Plaintiffs and the Classes' claims as alleged in the Amended Complaint on a collective and class-wide basis.

2. On March 20, 2020, the Court entered an Order Granting Preliminary Approval of the Settlement Agreement, which found the Settlement Agreement was fair, reasonable, and adequate, certified this matter as a class action pursuant to FED. R. CIV. P. 23, approved the form and content of the Notice sent to Class Members, and set the fairness hearing. (ECF No. 30.)

3. Class Counsel sent the approved notice pursuant to the Court's Order (ECF No. 26—1, pp. 27—28) and filed their unopposed motion for an award of attorneys' fees and costs (ECF No. 34) which is currently pending.

4. The notice period has closed and there have been no objectors and only one excluder. Plaintiffs now move the Court for final approval of the Settlement Agreement and respectfully request the Court enter the proposed order filed with this motion.

Dated this 7th day of May, 2020.

Respectfully submitted,

*s/ Timothy P. Maynard*
Larry A. Johnson
Bar Number 1056619
Summer Murshid
Bar Number 1075404
Timothy Maynard
Bar Number 1080953

**Hawks Quindel, S.C.**
222 East Erie, Suite 210

P.O. Box 442
Milwaukee, WI 53201-0442
Telephone: 414-271-8650
Fax: 414-271-8442
E-mail:  ljohnson@hq-law.com
          smurshid@hq-law.com
          tmaynard@hq-law.com

Class Counsel