# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN
# GREEN BAY DIVISION

ANN PHILLIPS,
    and
BRITTANI RILEY,
individually and on behalf of
all others similarly situated,
        Plaintiffs,            CASE NO. 18-cv-1563

    v.

NAVITUS HEALTH SOLUTIONS, LLC,
        Defendant.

## ORDER OF DISMISSAL AND
## ENTRY OF MANDATORY INJUNCTION

On March 13, 2020, the Parties filed a Joint Motion for Preliminary Approval of Class and Collective Action Settlement and explained why they believe the Class and Collective Settlement Agreement (the "Settlement Agreement") reflects a reasonable compromise of the disputed issues. (ECF No. 26.) The Settlement Agreement was attached to their motion. (ECF No. 26—1.) Pursuant to Fed. R. Civ. P. 23, the Court granted preliminary approval, approved the form and content of the notice, and authorized the sending of notice. (ECF No. 30.) Plaintiffs filed their motion for attorneys' fees and costs (ECF No. 34) and for final approval of the Settlement Agreement. (ECF No. 40.) The Parties requested the Court to retain jurisdiction to enforce the terms of the Settlement Agreement under the authority of *Kokkonen v. Guardian Life Insurance Company of America*, 511 U.S. 375, 381-82 (1994). The Court conducted a fairness hearing on May 14, 2020.

Based on the materials filed with the Court seeking approval of the Settlement Agreement, IT IS HEREBY ORDERED:

1. Plaintiff Ann Phillips, Plaintiff Brittani Riley, and Class Counsel have adequately represented the Rule 23 Classes and the FLSA Collective Classes (collectively, the "Classes").

2. After the exchange of payroll data, the Parties engaged in lengthy negotiations, including two mediation sessions with an experienced, neutral class action mediator. These negotiations were at arm's length.

3. A total of 639 individuals were eligible to participate in the Classes. 158 of 639 putative class members opted-in to the FLSA Collective Classes and 637 of 639 putative class members did not opt-out of the Rule 23 Classes. Each participating class member will receive an average of $525.96 for their released Wisconsin law claims and $394.26 for their released FLSA claims after attorneys' fees and costs. Participating class members will receive their portion of the Settlement Fund payment without any claims made process. In light of the risks and costs associated with continued litigation, trial, and appeal, this level of recovery is very adequate.

4. Therefore, the Court finds that the Settlement Agreement (ECF No. 26—1) is fair, reasonable, and adequate as it represents a reasonable compromise of bona fide disputes between the Parties and **GRANTS** the Parties' Joint Motion for Approval of Collective and Class Action Settlement.

5. The Court finds that Class Counsel's request for 33.33% of the Settlement Fund as attorneys' fees, $284,666.67, is reasonable and **GRANTS** that request.

6. The Court finds that Class Counsel's request for $6,654.75 in costs is reasonable and **GRANTS** that request. The Court finds that Class Counsel's request for $19,698.00 in claims administration costs to pay Rust Consulting is reasonable and **GRANTS** that request.

7. The Parties shall comply with the terms of their Settlement Agreement entered. The Court orders Defendant Navitus Health Solutions, LLC to make settlement payments pursuant to the schedule in this order with respect to all participating class members.

8. Specifically, the Court **ENTERS** a mandatory injunction requiring Defendant Navitus Health Solutions, LLC, within thirty (30) days of this Order, to deliver $437,029.57 to the Claims Administrator identified in the Settlement Agreement, an amount inclusive of the $19,698.00 in claims administration costs incurred by the Claims Administrator and $417,331.57 in total recovery owed to participating class members pursuant to the chart below:

| Preferred Name | Status | SERVICE PAYMENT - 1099 | TOTAL FLSA W2 PAYMENT | TOTAL FLSA 1099 PAYMENT | TOTAL WI W2 PAYMENT | TOTAL WI 1099 PAYMENT |
|---|---|---|---|---|---|---|
| Acord, Tanya E | | | $0.00 | $0.00 | $973.95 | $486.97 |
| Jansen, Kelly | Late Opt-in | | $226.38 | $226.38 | $573.07 | $286.53 |
| Schroeder, Susan | Late Opt-in | | $7.78 | $7.78 | $22.56 | $11.28 |
| Ahlborg, Bonnie L | Opt-in | | $441.29 | $441.29 | $1,068.64 | $534.32 |
| Aiken, Mitchell | Opt-in | | $3.96 | $3.96 | $11.49 | $5.74 |

| Name | Status | | Col1 | Col2 | Col3 | Col4 |
|---|---|---|---|---|---|---|
| Archiquette, Daniel | Opt-in | | $47.70 | $47.70 | $414.48 | $207.24 |
| Archiquette, Daniel | Opt-in | | $412.78 | $412.78 | $998.05 | $499.02 |
| Artavia, Allison | Opt-in | | $95.45 | $95.45 | $134.15 | $67.07 |
| Ash, Kari Elizabeth | Opt-in | | $212.56 | $212.56 | $538.08 | $269.04 |
| Ashley, Jeremy K | Opt-in | | $255.73 | $255.73 | $589.65 | $294.83 |
| Balderas, Karen | Opt-in | | $37.47 | $37.47 | $52.66 | $26.33 |
| Barnard, Heidi A | Opt-in | | $434.66 | $434.66 | $1,052.54 | $526.27 |
| Bastar, Alyssa Kristen | Opt-in | | $357.14 | $357.14 | $876.45 | $438.22 |
| Beasley, William L | Opt-in | | $89.17 | $89.17 | $225.73 | $112.86 |
| Benish, Jessica | Opt-in | | $134.78 | $134.78 | $333.26 | $166.63 |
| Benotch, Tressa Jae | Opt-in | | $53.09 | $53.09 | $428.45 | $214.22 |
| Benotch, Tressa Jae | Opt-in | | $499.78 | $499.78 | $1,196.83 | $598.42 |
| Bevers, Lane | Opt-in | | $132.60 | $132.60 | $324.19 | $162.09 |
| Beyer, Jessica L | Opt-in | | $347.55 | $347.55 | $855.37 | $427.69 |
| Bishop, Tammy A | Opt-in | | $492.72 | $492.72 | $1,193.55 | $596.77 |
| Boesen, Nolan C | Opt-in | | $76.31 | $76.31 | $164.60 | $82.30 |
| Bolinski, Kristi | Opt-in | | $24.62 | $24.62 | $34.60 | $17.30 |
| Boyd, Brock A | Opt-in | | $17.77 | $17.77 | $38.93 | $19.46 |
| Brands, Katherine | Opt-in | | $4.43 | $4.43 | $6.22 | $3.11 |
| Brands, Mary | Opt-in | | $305.60 | $305.60 | $777.19 | $388.59 |
| Brantmeier, Amber Lea | Opt-in | | $190.87 | $190.87 | $458.78 | $229.39 |
| Bruette, Debra | Opt-in | | $398.53 | $398.53 | $946.29 | $473.15 |
| Buller, Nicole | Opt-in | | $109.86 | $109.86 | $154.41 | $77.20 |
| Burks, Angela M | Opt-in | | $406.60 | $406.60 | $571.45 | $285.73 |
| Carter, Julianna E | Opt-in | | $0.00 | $0.00 | $0.00 | $0.00 |
| Casey, Kameryn T | Opt-in | | $207.12 | $207.12 | $480.94 | $240.47 |
| Coenen, Brittany | Opt-in | | $31.55 | $31.55 | $79.89 | $39.95 |
| Cogan, Gabrielle | Opt-in | | $169.62 | $169.62 | $238.40 | $119.20 |
| Compton, Trisha | Opt-in | | $33.15 | $33.15 | $96.17 | $48.09 |
| Cripps, Erin | Opt-in | | $123.39 | $123.39 | $173.42 | $86.71 |
| Dawson, Almond | Opt-in | | $134.89 | $134.89 | $189.58 | $94.79 |
| Dede, Ledja | Opt-in | | $38.33 | $38.33 | $111.24 | $55.62 |
| Diedrick, Renee Lynne | Opt-in | | $357.00 | $357.00 | $876.12 | $438.06 |
| Dittmann, Jalayna M | Opt-in | | $424.20 | $424.20 | $1,027.13 | $513.56 |
| Dumke, Katherine | Opt-in | | $62.77 | $62.77 | $182.17 | $91.09 |
| Edwards, Jason | Opt-in | | $70.78 | $70.78 | $99.47 | $49.74 |
| Falk, Ashley M | Opt-in | | $9.49 | $9.49 | $70.14 | $35.07 |
| Felhofer, Sarah | Opt-in | | $58.51 | $58.51 | $169.79 | $84.90 |
| Gietman, Brittnay | Opt-in | | $301.68 | $301.68 | $728.61 | $364.31 |
| Giorgi, Gaspar | Opt-in | | $571.21 | $571.21 | $1,659.18 | $829.59 |
| Gitter, Joy | Opt-in | | $115.86 | $115.86 | $283.23 | $141.61 |

| Name | Status | | Amount 1 | Amount 2 | Amount 3 | Amount 4 |
|---|---|---|---|---|---|---|
| Gledhill, Melanie T | Opt-in | | $471.21 | $471.21 | $1,141.32 | $570.66 |
| Greene, Chelsea | Opt-in | | $136.44 | $136.44 | $333.59 | $166.80 |
| Greenwood, Johanna A | Opt-in | | $346.93 | $346.93 | $827.31 | $413.66 |
| Griffey, Kasha M | Opt-in | | $187.37 | $187.37 | $436.36 | $218.18 |
| Grissman, Paula | Opt-in | | $98.23 | $98.23 | $240.10 | $120.05 |
| Gudumac, Willemina Sharon | Opt-in | | $427.71 | $427.71 | $1,035.67 | $517.83 |
| Hall, Catherine F | Opt-in | | $440.99 | $440.99 | $1,067.92 | $533.96 |
| Hammerich, Amy L | Opt-in | | $336.56 | $336.56 | $831.46 | $415.73 |
| Hanneman, Laura K | Opt-in | | $68.93 | $68.93 | $558.50 | $279.25 |
| Hanneman, Laura K | Opt-in | | $605.21 | $605.21 | $1,479.22 | $739.61 |
| Hanson, Cynthia | Opt-in | | $11.44 | $11.44 | $33.20 | $16.60 |
| Hartman, Sarah | Opt-in | | $44.12 | $44.12 | $71.33 | $35.67 |
| Hawley, Sheila | Opt-in | | $107.73 | $107.73 | $263.33 | $131.66 |
| Heisler, Shawnlee K | Opt-in | | $264.88 | $264.88 | $670.52 | $335.26 |
| Helmenstine, Ilene | Opt-in | | $131.92 | $131.92 | $322.53 | $161.27 |
| Hernandez, Emily | Opt-in | | $96.93 | $96.93 | $136.23 | $68.12 |
| Hietpas, Jennifer | Opt-in | | $53.14 | $53.14 | $428.58 | $214.29 |
| Hietpas, Olyvia | Opt-in | | $5.57 | $5.57 | $16.15 | $8.07 |
| Hill, Marie | Opt-in | | $52.06 | $52.06 | $86.61 | $43.30 |
| Hill, Matthew Mark | Opt-in | | $207.91 | $207.91 | $499.47 | $249.73 |
| Hovey, Jackilyn M | Opt-in | | $412.17 | $412.17 | $997.91 | $498.95 |
| Johnson, Heidi | Opt-in | | $134.55 | $134.55 | $328.96 | $164.48 |
| Johnson, Melissa | Opt-in | | $7.30 | $7.30 | $12.26 | $6.13 |
| Jurek, Brittani | Opt-in | $5,000.00 | $26.72 | $26.72 | $67.67 | $33.84 |
| Kizer, Scott | Opt-in | | $68.03 | $68.03 | $95.61 | $47.80 |
| Klebs, Cheryl J | Opt-in | | $467.38 | $467.38 | $1,132.02 | $566.01 |
| Koehler, Michael | Opt-in | | $133.32 | $133.32 | $325.94 | $162.97 |
| Krenke, Kristen | Opt-in | | $71.53 | $71.53 | $207.62 | $103.81 |
| Krueger, Amy | Opt-in | | $165.29 | $165.29 | $404.18 | $202.09 |
| Kubiak, Joy M | Opt-in | | $19.82 | $19.82 | $153.71 | $76.86 |
| Kussow, Jessica | Opt-in | | $114.45 | $114.45 | $279.79 | $139.89 |
| LaCrosse, Justin | Opt-in | | $117.67 | $117.67 | $287.66 | $143.83 |
| Lamberson, Susan | Opt-in | | $116.54 | $116.54 | $292.80 | $146.40 |
| Lawrence, Diana | Opt-in | | $103.40 | $103.40 | $252.75 | $126.37 |
| Lee, Erica | Opt-in | | $162.04 | $162.04 | $396.87 | $198.44 |
| Lee, Nou | Opt-in | | $74.01 | $74.01 | $205.44 | $102.72 |
| Logan, Dontae | Opt-in | | $121.72 | $121.72 | $171.08 | $85.54 |
| Mahlik, Michelle M | Opt-in | | $434.61 | $434.61 | $1,052.41 | $526.21 |
| Mansky Sherman, Pamela | Opt-in | | $247.30 | $247.30 | $347.57 | $173.79 |
| Mauk-Templeton, Melinda | Opt-in | | $71.34 | $71.34 | $207.06 | $103.53 |
| McDonald, Michelle | Opt-in | | $113.32 | $113.32 | $277.03 | $138.51 |

| Name | Status | | | | | |
|---|---|---|---|---|---|---|
| McGinn, Quindeleira L | Opt-in | | $433.09 | $433.09 | $1,048.73 | $524.37 |
| Mertens, Angela | Opt-in | | $58.51 | $58.51 | $169.83 | $84.91 |
| Mikkelson, Raquel L | Opt-in | | $490.18 | $490.18 | $1,187.38 | $593.69 |
| Miller, Kimberly | Opt-in | | $98.52 | $98.52 | $240.80 | $120.40 |
| Moger, Kelsey | Opt-in | | $91.16 | $91.16 | $238.56 | $119.28 |
| Moua, Sarah | Opt-in | | $40.65 | $40.65 | $117.96 | $58.98 |
| Nauber, Laura A | Opt-in | | $432.36 | $432.36 | $1,046.95 | $523.48 |
| Neuman, Sandra | Opt-in | | $98.47 | $98.47 | $240.68 | $120.34 |
| Nickasch, Jaeley | Opt-in | | $12.05 | $12.05 | $34.95 | $17.48 |
| Nordseth, Breanna | Opt-in | | $142.70 | $142.70 | $352.85 | $176.43 |
| Nordskog, Marnie L | Opt-in | | $460.52 | $460.52 | $1,115.34 | $557.67 |
| Olsen, Lance William | Opt-in | | $226.38 | $226.38 | $573.07 | $286.53 |
| Olsen, Vanessa Joelle | Opt-in | | $384.43 | $384.43 | $937.25 | $468.63 |
| Pappas, Mary | Opt-in | | $94.62 | $94.62 | $262.85 | $131.43 |
| Parker, Lynn D | Opt-in | | $478.04 | $478.04 | $1,157.90 | $578.95 |
| Peterson, Andrea | Opt-in | | $6.75 | $6.75 | $19.60 | $9.80 |
| Phillips, Ann M | Opt-in | $15,000.00 | $9.92 | $9.92 | $70.83 | $35.42 |
| Portwood, Bryan | Opt-in | | $127.65 | $127.65 | $179.40 | $89.70 |
| Puente, Felicia N | Opt-in | | $150.39 | $150.39 | $335.37 | $167.69 |
| Rakowski, Chad A | Opt-in | | $460.02 | $460.02 | $1,114.15 | $557.07 |
| Ramirez, Amber M | Opt-in | | $244.90 | $244.90 | $572.85 | $286.42 |
| Ray, Rebecca L | Opt-in | | $38.27 | $38.27 | $327.65 | $163.83 |
| Ray, Rebecca L | Opt-in | | $334.26 | $334.26 | $834.16 | $417.08 |
| Redepenning, Brian | Opt-in | | $71.27 | $71.27 | $206.86 | $103.43 |
| Redman, Melissa Ann | Opt-in | | $472.48 | $472.48 | $1,144.40 | $572.20 |
| Reed, Tammy Scarlet | Opt-in | | $423.76 | $423.76 | $1,026.06 | $513.03 |
| Reiland, Allison | Opt-in | | $84.01 | $84.01 | $215.81 | $107.91 |
| Reitz, Andrea | Opt-in | | $115.63 | $115.63 | $282.68 | $141.34 |
| Richmond, Laura | Opt-in | | $5.07 | $5.07 | $7.13 | $3.56 |
| Rockweiler, Benny | Opt-in | | $114.53 | $114.53 | $279.98 | $139.99 |
| Roehl, Ashley | Opt-in | | $291.55 | $291.55 | $732.62 | $366.31 |
| Rose, Kyle | Opt-in | | $45.26 | $45.26 | $76.16 | $38.08 |
| Salazar, Thelma | Opt-in | | $122.17 | $122.17 | $171.70 | $85.85 |
| Santiago, Myriam Ivette | Opt-in | | $31.35 | $31.35 | $44.06 | $22.03 |
| Sarembe, Angie | Opt-in | | $20.74 | $20.74 | $37.25 | $18.63 |
| Sawlsville, Kaila M | Opt-in | | $475.33 | $475.33 | $1,151.33 | $575.66 |
| Schierl, Gary G | Opt-in | | $510.60 | $510.60 | $1,236.99 | $618.49 |
| Schierl, Richard Lee | Opt-in | | $464.30 | $464.30 | $1,124.53 | $562.26 |
| Schiltz, Kristen Ann | Opt-in | | $231.40 | $231.40 | $558.20 | $279.10 |
| Schley, Clinton K | Opt-in | | $308.80 | $308.80 | $775.31 | $387.66 |
| Schommer, Rhea | Opt-in | | $122.51 | $122.51 | $299.51 | $149.75 |

| Name | Status | | Amount 1 | Amount 2 | Amount 3 | Amount 4 |
|---|---|---|---|---|---|---|
| Schreiber, Samuel F | Opt-in | | $106.95 | $106.95 | $231.72 | $115.86 |
| Sipple, Julie A | Opt-in | | $0.00 | $0.00 | $0.00 | $0.00 |
| Smith, Bria | Opt-in | | $510.03 | $510.03 | $716.83 | $358.41 |
| Smith, Devin M | Opt-in | | $316.00 | $316.00 | $761.64 | $380.82 |
| Smith, Rachel | Opt-in | | $41.00 | $41.00 | $57.62 | $28.81 |
| Sommer, Tina | Opt-in | | $133.26 | $133.26 | $337.34 | $168.67 |
| Stoeger, Jill L | Opt-in | | $232.78 | $232.78 | $537.58 | $268.79 |
| Tellock, Eleanor S | Opt-in | | $372.45 | $372.45 | $894.24 | $447.12 |
| Thornewell, Elizabeth | Opt-in | | $136.49 | $136.49 | $333.71 | $166.86 |
| Tiede, Sarah | Opt-in | | $103.08 | $103.08 | $251.95 | $125.98 |
| Tischendorf, Natalie L | Opt-in | | $311.76 | $311.76 | $774.17 | $387.09 |
| Tischer, Shannon | Opt-in | | $120.53 | $120.53 | $294.65 | $147.32 |
| Toombs, Brandrisha | Opt-in | | $109.49 | $109.49 | $277.28 | $138.64 |
| Urbaniak, Ashley E | Opt-in | | $221.48 | $221.48 | $516.41 | $258.21 |
| Van Brocklin, Angie | Opt-in | | $167.46 | $167.46 | $409.47 | $204.73 |
| Van Heeswyk, John | Opt-in | | $20.78 | $20.78 | $52.64 | $26.32 |
| Vanden Avond, Melani | Opt-in | | $113.91 | $113.91 | $278.46 | $139.23 |
| Vandenberg, Jennifer K | Opt-in | | $545.20 | $545.20 | $1,321.03 | $660.52 |
| Vang, Chong | Opt-in | | $206.53 | $206.53 | $475.39 | $237.69 |
| Vang, Lee | Opt-in | | $485.50 | $485.50 | $1,166.57 | $583.29 |
| Vang, Sue | Opt-in | | $34.23 | $34.23 | $48.11 | $24.05 |
| Vue, Jessie | Opt-in | | $81.76 | $81.76 | $214.63 | $107.31 |
| Wagenson, Abigail | Opt-in | | $5.79 | $5.79 | $16.80 | $8.40 |
| Wahlberg, Kristine | Opt-in | | $289.12 | $289.12 | $727.27 | $363.63 |
| Wells, Hollie | Opt-in | | $85.02 | $85.02 | $242.88 | $121.44 |
| White, Meghan | Opt-in | | $143.64 | $143.64 | $363.75 | $181.88 |
| White, Tiffany N | Opt-in | | $52.63 | $52.63 | $73.97 | $36.98 |
| White, Tiffany N | Opt-in | | $460.95 | $460.95 | $647.84 | $323.92 |
| Wilhelm, Rochelle | Opt-in | | $113.08 | $113.08 | $276.42 | $138.21 |
| Wirth, Danah | Opt-in | | $59.07 | $59.07 | $171.39 | $85.69 |
| Xiong, Sheng S | Opt-in | | $496.07 | $496.07 | $1,201.70 | $600.85 |
| Zagorulko, Daria | Opt-in | | $133.30 | $133.30 | $325.91 | $162.95 |
| Zippi, Candee | Opt-in | | $27.39 | $27.39 | $38.49 | $19.25 |
| Zutz, Erin | Opt-in | | $23.37 | $23.37 | $67.83 | $33.92 |
| Wagenson, Julia | Opt-in | | $135.20 | $135.20 | $330.54 | $165.27 |
| Agen, Katie Lynn | | | $0.00 | $0.00 | $334.75 | $167.38 |
| Aguilar, Jesus I | | | $0.00 | $0.00 | $126.64 | $63.32 |
| Aidoo, Lesley | | | $0.00 | $0.00 | $321.58 | $160.79 |
| Algiene, Ariana | | | $0.00 | $0.00 | $56.86 | $28.43 |
| Anderson, Jade | | | $0.00 | $0.00 | $190.45 | $95.22 |
| Atkinson, Joseph | | | $0.00 | $0.00 | $218.46 | $109.23 |

| Name | | | | | | |
|---|---|---|---|---|---|---|
| Bagchi, Sudeshna | | | $0.00 | $0.00 | $839.73 | $419.86 |
| Bailey, Myesha D | | | $0.00 | $0.00 | $110.00 | $55.00 |
| Baldwin, Tina | | | $0.00 | $0.00 | $84.56 | $42.28 |
| Banaszynski, Luke | | | $0.00 | $0.00 | $285.04 | $142.52 |
| Baranczyk, Lisa A | | | $0.00 | $0.00 | $1,158.79 | $579.39 |
| Barber, Jonathan | | | $0.00 | $0.00 | $22.97 | $11.49 |
| Barcinas, Sarah | | | $0.00 | $0.00 | $43.37 | $21.68 |
| Barnes, Shardae | | | $0.00 | $0.00 | $47.47 | $23.73 |
| Barnhart, Astrid | | | $0.00 | $0.00 | $37.37 | $18.69 |
| Barszcz, Connie | | | $0.00 | $0.00 | $68.61 | $34.31 |
| Bartel, Christine | | | $0.00 | $0.00 | $343.04 | $171.52 |
| Basak, Maria | | | $0.00 | $0.00 | $213.72 | $106.86 |
| Bath, Jeffrey C | | | $0.00 | $0.00 | $1,264.19 | $632.09 |
| Bathke, Bradley | | | $0.00 | $0.00 | $253.11 | $126.56 |
| Batiste, Kimberly N | | | $0.00 | $0.00 | $213.89 | $106.94 |
| Baudhuin, Emily | | | $0.00 | $0.00 | $1,003.91 | $501.95 |
| Beckman, Jolie | | | $0.00 | $0.00 | $18.29 | $9.15 |
| Behrendt, William A | | | $0.00 | $0.00 | $0.00 | $0.00 |
| Bellin, Riley | | | $0.00 | $0.00 | $12.73 | $6.36 |
| Bender, Courtney | | | $0.00 | $0.00 | $59.81 | $29.91 |
| Bentzler, Anna | | | $0.00 | $0.00 | $196.60 | $98.30 |
| Berg, Alicia | | | $0.00 | $0.00 | $354.29 | $177.14 |
| Berghuis, Kirsten | | | $0.00 | $0.00 | $161.84 | $80.92 |
| Bessette Verkuilen, Sasha M | | | $0.00 | $0.00 | $1,317.82 | $658.91 |
| Beyer, Patricia | | | $0.00 | $0.00 | $250.21 | $125.11 |
| Bialecki, Cheryl M | | | $0.00 | $0.00 | $1,099.08 | $549.54 |
| Bierman, Lisa | | | $0.00 | $0.00 | $363.75 | $181.88 |
| Bindl, Justin | | | $0.00 | $0.00 | $323.06 | $161.53 |
| Blank, Benjamin | | | $0.00 | $0.00 | $293.73 | $146.87 |
| Blarek, Preston | | | $0.00 | $0.00 | $286.40 | $143.20 |
| Boe, Heather J | | | $0.00 | $0.00 | $999.49 | $499.75 |
| Boesen, Nicholas Bryle | | | $0.00 | $0.00 | $1,053.15 | $526.58 |
| Bohnart, Carrie | | | $0.00 | $0.00 | $317.28 | $158.64 |
| Bokelmann, Roseanne | | | $0.00 | $0.00 | $47.99 | $24.00 |
| Bolanos, Jill | | | $0.00 | $0.00 | $174.33 | $87.17 |
| Bollmann, Michelle | | | $0.00 | $0.00 | $284.26 | $142.13 |
| Bongiovani, Alexia | | | $0.00 | $0.00 | $269.17 | $134.59 |
| Boodry, Brenten James | | | $0.00 | $0.00 | $877.91 | $438.95 |
| Bostwick, Curtis Calvin | | | $0.00 | $0.00 | $433.13 | $216.57 |
| Brachmann, Daniel | | | $0.00 | $0.00 | $284.22 | $142.11 |
| Bristol, Allison | | | $0.00 | $0.00 | $17.23 | $8.62 |

| Name | | | | | | |
|---|---|---|---|---|---|---|
| Brotherton, Jenny | | | $0.00 | $0.00 | $296.87 | $148.44 |
| Brown, Briana | | | $0.00 | $0.00 | $47.99 | $24.00 |
| Brown, Karen L | | | $0.00 | $0.00 | $0.00 | $0.00 |
| Brunette, James | | | $0.00 | $0.00 | $29.94 | $14.97 |
| Buege, Jerimiah | | | $0.00 | $0.00 | $328.18 | $164.09 |
| Buie, Megan | | | $0.00 | $0.00 | $151.85 | $75.93 |
| Buman, Kayla Marie | | | $0.00 | $0.00 | $1,116.79 | $558.39 |
| Burg, Amanda | | | $0.00 | $0.00 | $97.77 | $48.89 |
| Burger, Stephanie | | | $0.00 | $0.00 | $287.17 | $143.58 |
| Burkeland, Bradley | Excluder | | $0.00 | $0.00 | $0.00 | $0.00 |
| Burnett, Krystle | | | $0.00 | $0.00 | $340.06 | $170.03 |
| Butterfield, Melanie | | | $0.00 | $0.00 | $299.28 | $149.64 |
| Bybee, Amber | | | $0.00 | $0.00 | $73.31 | $36.66 |
| Callan, Heather | | | $0.00 | $0.00 | $151.52 | $75.76 |
| Campbell, Mindy Sue | | | $0.00 | $0.00 | $331.62 | $165.81 |
| Caple, Alyvia | | | $0.00 | $0.00 | $12.04 | $6.02 |
| Carlson, Kelli | | | $0.00 | $0.00 | $75.03 | $37.52 |
| Carnot, Krysta | | | $0.00 | $0.00 | $125.95 | $62.98 |
| Carroll, Patrick | | | $0.00 | $0.00 | $41.68 | $20.84 |
| Casperson, Liza | | | $0.00 | $0.00 | $109.03 | $54.52 |
| Chavarria, Hayley | | | $0.00 | $0.00 | $11.46 | $5.73 |
| Chitwood, Madeline | | | $0.00 | $0.00 | $117.81 | $58.90 |
| Chizek, Crystal | | | $0.00 | $0.00 | $75.11 | $37.55 |
| Chrismer, Bryan | | | $0.00 | $0.00 | $195.63 | $97.82 |
| Clark, Brittney | | | $0.00 | $0.00 | $41.14 | $20.57 |
| Cobus, Samara | | | $0.00 | $0.00 | $223.22 | $111.61 |
| Cochran, Priscilla C | | | $0.00 | $0.00 | $722.33 | $361.17 |
| Cole, Ali | | | $0.00 | $0.00 | $47.00 | $23.50 |
| Coleman, Tamara | | | $0.00 | $0.00 | $43.37 | $21.68 |
| Collins, Kenya | | | $0.00 | $0.00 | $16.99 | $8.50 |
| Conrad, Nichole | | | $0.00 | $0.00 | $314.01 | $157.00 |
| Conrad, Sarah | | | $0.00 | $0.00 | $158.92 | $79.46 |
| Cook, Amy | | | $0.00 | $0.00 | $42.30 | $21.15 |
| Coronado, Blayre | | | $0.00 | $0.00 | $54.42 | $27.21 |
| Crain, Laura | | | $0.00 | $0.00 | $324.14 | $162.07 |
| Crochiere, Kevilyn F | | | $0.00 | $0.00 | $469.63 | $234.81 |
| Cunningham, Anthony | | | $0.00 | $0.00 | $8.80 | $4.40 |
| Cunningham, Sean | | | $0.00 | $0.00 | $325.10 | $162.55 |
| Cunningham, Stephanie | | | $0.00 | $0.00 | $233.92 | $116.96 |
| Curtis, Alicia | | | $0.00 | $0.00 | $727.27 | $363.63 |
| Darling, Jessica | | | $0.00 | $0.00 | $318.04 | $159.02 |

| Name | | | | | | |
|---|---|---|---|---|---|---|
| Dawson, Jacqui | | | $0.00 | $0.00 | $27.65 | $13.82 |
| Day, Rachel | | | $0.00 | $0.00 | $1,215.08 | $607.54 |
| De Los Santos, Crystal | | | $0.00 | $0.00 | $36.80 | $18.40 |
| Decleene, Marina | | | $0.00 | $0.00 | $155.32 | $77.66 |
| Deschaine, Mandy | | | $0.00 | $0.00 | $288.59 | $144.29 |
| Diedrick, Paula J | | | $0.00 | $0.00 | $1,090.13 | $545.07 |
| Diemel, Heidi | | | $0.00 | $0.00 | $56.40 | $28.20 |
| Dillon, Kevin | | | $0.00 | $0.00 | $112.52 | $56.26 |
| Doering, Zachary | | | $0.00 | $0.00 | $227.45 | $113.73 |
| Draheim, Austin James | | | $0.00 | $0.00 | $345.67 | $172.84 |
| Drewry, Jennifer | | | $0.00 | $0.00 | $6.72 | $3.36 |
| Duncan, Ravianna Elisheba | | | $0.00 | $0.00 | $109.26 | $54.63 |
| Dungan, Christopher Andrew | | | $0.00 | $0.00 | $328.18 | $164.09 |
| Dunham, Rachel | | | $0.00 | $0.00 | $322.11 | $161.06 |
| Duran, Eric | | | $0.00 | $0.00 | $308.73 | $154.37 |
| Duron, Jodi | | | $0.00 | $0.00 | $111.95 | $55.97 |
| Eastman, Heather | | | $0.00 | $0.00 | $25.73 | $12.86 |
| Eggers, Athena | | | $0.00 | $0.00 | $68.12 | $34.06 |
| Eggert Vanlyssel, Kaylee | | | $0.00 | $0.00 | $21.81 | $10.91 |
| Eggert, Kyle | | | $0.00 | $0.00 | $53.46 | $26.73 |
| Ehlers, Amanda | | | $0.00 | $0.00 | $342.53 | $171.27 |
| Eldreth, Brooke | | | $0.00 | $0.00 | $27.26 | $13.63 |
| Faucett, Amy | | | $0.00 | $0.00 | $433.13 | $216.57 |
| Femal, Amanda | | | $0.00 | $0.00 | $831.25 | $415.62 |
| Finley, Janet L | | | $0.00 | $0.00 | $609.81 | $304.91 |
| Fitzgerald, Haydan | | | $0.00 | $0.00 | $267.40 | $133.70 |
| Flores, Daniella | | | $0.00 | $0.00 | $201.24 | $100.62 |
| Folkman, Hunter | | | $0.00 | $0.00 | $6.56 | $3.28 |
| Foster, Aaron M | | | $0.00 | $0.00 | $0.00 | $0.00 |
| Francis, Nikita | | | $0.00 | $0.00 | $133.73 | $66.86 |
| Franco Lopez, Joanna | | | $0.00 | $0.00 | $363.75 | $181.88 |
| Franco Lopez, Maria D.L. | | | $0.00 | $0.00 | $1,198.57 | $599.28 |
| Frederick, Jane | | | $0.00 | $0.00 | $9.71 | $4.85 |
| Freeman, Ben | | | $0.00 | $0.00 | $150.91 | $75.46 |
| Fremling, Heather | | | $0.00 | $0.00 | $224.36 | $112.18 |
| Fritsch, Kari | | | $0.00 | $0.00 | $315.48 | $157.74 |
| Froehlich, David | | | $0.00 | $0.00 | $117.20 | $58.60 |
| Futterer, Sharon | | | $0.00 | $0.00 | $180.01 | $90.00 |
| Garcia, Christa A | | | $0.00 | $0.00 | $20.91 | $10.45 |
| Garcia, Jessica | | | $0.00 | $0.00 | $242.12 | $121.06 |
| Garity, Sara | | | $0.00 | $0.00 | $1.25 | $0.62 |

| Name | | | | | | |
|---|---|---|---|---|---|---|
| Garner, Marcus | | | $0.00 | $0.00 | $30.01 | $15.00 |
| Gast, Lacey | | | $0.00 | $0.00 | $328.18 | $164.09 |
| Gauthier, Alexander D | | | $0.00 | $0.00 | $238.85 | $119.43 |
| Gehl, Candice | | | $0.00 | $0.00 | $325.92 | $162.96 |
| Germiat, Jason | | | $0.00 | $0.00 | $243.43 | $121.72 |
| Gerondale, Lindsay | | | $0.00 | $0.00 | $4.47 | $2.24 |
| Gerritts, Barbara | | | $0.00 | $0.00 | $360.24 | $180.12 |
| Godwin, Terri F | | | $0.00 | $0.00 | $0.00 | $0.00 |
| Gonzalez, Nancy | | | $0.00 | $0.00 | $49.82 | $24.91 |
| Goodrich, Amanda | | | $0.00 | $0.00 | $277.74 | $138.87 |
| Grelecki, Corrine | | | $0.00 | $0.00 | $352.28 | $176.14 |
| Grey, Tesslyn | | | $0.00 | $0.00 | $315.18 | $157.59 |
| Grondzik, Elric | | | $0.00 | $0.00 | $35.17 | $17.58 |
| Gullickson, Bryanna L | | | $0.00 | $0.00 | $0.00 | $0.00 |
| Haas-Laroche, Charisse | | | $0.00 | $0.00 | $139.80 | $69.90 |
| Hahn, Nathan | | | $0.00 | $0.00 | $6.48 | $3.24 |
| Hang, Lucy | | | $0.00 | $0.00 | $44.98 | $22.49 |
| Hanold, Micayla | | | $0.00 | $0.00 | $7.78 | $3.89 |
| Hansen, Coralee | | | $0.00 | $0.00 | $51.25 | $25.62 |
| Hanson, Kristina | | | $0.00 | $0.00 | $830.85 | $415.42 |
| Hartig, Christine | | | $0.00 | $0.00 | $279.29 | $139.64 |
| Hazen, Michelle Lee | | | $0.00 | $0.00 | $99.49 | $49.74 |
| Heise, Holly | | | $0.00 | $0.00 | $247.99 | $124.00 |
| Helfrich, Jaime | | | $0.00 | $0.00 | $25.75 | $12.88 |
| Helmenstine, Rhea | | | $0.00 | $0.00 | $26.71 | $13.36 |
| Helser, Kara | | | $0.00 | $0.00 | $23.69 | $11.85 |
| Heth, Christopher | | | $0.00 | $0.00 | $124.63 | $62.31 |
| Hibler, Randi | | | $0.00 | $0.00 | $186.10 | $93.05 |
| Hickey, Carter | | | $0.00 | $0.00 | $106.55 | $53.28 |
| Hicks, Stephanie Nicole | | | $0.00 | $0.00 | $433.13 | $216.57 |
| Hildebrandt, Kaitlyn | | | $0.00 | $0.00 | $363.75 | $181.88 |
| Hirsch, Thomas | | | $0.00 | $0.00 | $2,427.21 | $1,213.60 |
| Hoard, Angelique | | | $0.00 | $0.00 | $324.60 | $162.30 |
| Hoetschl, Richard | | | $0.00 | $0.00 | $286.42 | $143.21 |
| Holbrook, Ariel | | | $0.00 | $0.00 | $139.80 | $69.90 |
| Holler, Zachariah | | | $0.00 | $0.00 | $18.46 | $9.23 |
| Honzik, Amanda | | | $0.00 | $0.00 | $57.88 | $28.94 |
| Hood, Lester | | | $0.00 | $0.00 | $11.81 | $5.91 |
| Horst, Sara | | | $0.00 | $0.00 | $105.74 | $52.87 |
| Hottmann, Bethany | | | $0.00 | $0.00 | $247.61 | $123.80 |
| Houff, Amanda | | | $0.00 | $0.00 | $39.12 | $19.56 |

| Name | | | | | | |
|---|---|---|---|---|---|---|
| Hoyt, Samantha | | | $0.00 | $0.00 | $18.17 | $9.09 |
| Huettl, Angelica | | | $0.00 | $0.00 | $41.19 | $20.59 |
| Hughes, Christopher | | | $0.00 | $0.00 | $280.57 | $140.29 |
| Hunter, Christopher | | | $0.00 | $0.00 | $24.38 | $12.19 |
| Huntington, Ariel | | | $0.00 | $0.00 | $15.79 | $7.89 |
| Hurst, Whitney | | | $0.00 | $0.00 | $737.77 | $368.88 |
| Husic, Aida | | | $0.00 | $0.00 | $1,053.93 | $526.96 |
| Jackson, Erica M | | | $0.00 | $0.00 | $19.76 | $9.88 |
| Jaeger, Jessica | | | $0.00 | $0.00 | $254.73 | $127.37 |
| Jaeger, Krista | | | $0.00 | $0.00 | $1,075.00 | $537.50 |
| Jamerson, Edna D | | | $0.00 | $0.00 | $0.00 | $0.00 |
| Janssen, Kathryn | | | $0.00 | $0.00 | $901.89 | $450.95 |
| Jaschob, Sarah | | | $0.00 | $0.00 | $244.88 | $122.44 |
| Jasperson, Laura | | | $0.00 | $0.00 | $844.63 | $422.32 |
| Jeffers, Kayla | | | $0.00 | $0.00 | $142.39 | $71.19 |
| Jenneman, Rebecca | | | $0.00 | $0.00 | $14.59 | $7.29 |
| Johnson, Kayla M | | | $0.00 | $0.00 | $971.65 | $485.83 |
| Johnson, Kendra | | | $0.00 | $0.00 | $10.93 | $5.46 |
| Johnson, Megan | | | $0.00 | $0.00 | $328.89 | $164.45 |
| Johnson, Ryan A | | | $0.00 | $0.00 | $328.18 | $164.09 |
| Johnston, JoAnna | | | $0.00 | $0.00 | $72.24 | $36.12 |
| Jones, Kimberly | | | $0.00 | $0.00 | $22.56 | $11.28 |
| Jorgensen, Chris | | | $0.00 | $0.00 | $343.72 | $171.86 |
| Jost, Hannah | | | $0.00 | $0.00 | $111.85 | $55.93 |
| Judson, Kayla | | | $0.00 | $0.00 | $51.29 | $25.64 |
| Kaltenbach, Virginia L | | | $0.00 | $0.00 | $0.00 | $0.00 |
| Kehl, Jennifer | | | $0.00 | $0.00 | $278.34 | $139.17 |
| Kempf, Samantha | | | $0.00 | $0.00 | $326.04 | $163.02 |
| Keniry, Erin | | | $0.00 | $0.00 | $299.83 | $149.91 |
| Kenneavy, Ryan | | | $0.00 | $0.00 | $102.45 | $51.23 |
| Kennedy, Jeffrey | | | $0.00 | $0.00 | $6.27 | $3.14 |
| Kenton, Angela | | | $0.00 | $0.00 | $320.16 | $160.08 |
| Kersten, Kenneth | | | $0.00 | $0.00 | $56.82 | $28.41 |
| Keyzer, Karen | | | $0.00 | $0.00 | $207.83 | $103.91 |
| Kivi, Jeffrey | | | $0.00 | $0.00 | $359.84 | $179.92 |
| Kleczka, Jaime | | | $0.00 | $0.00 | $292.83 | $146.42 |
| Kleman, Adam | | | $0.00 | $0.00 | $342.64 | $171.32 |
| Klink, David | | | $0.00 | $0.00 | $162.14 | $81.07 |
| Klinkner, Alexander | | | $0.00 | $0.00 | $9.86 | $4.93 |
| Kniss, Becca | | | $0.00 | $0.00 | $172.42 | $86.21 |
| Koehn, Katelyn | | | $0.00 | $0.00 | $120.40 | $60.20 |

| Name | | | | | | |
|---|---|---|---|---|---|---|
| Konz, Ross | | | $0.00 | $0.00 | $25.75 | $12.88 |
| Kopp, Nicole | | | $0.00 | $0.00 | $27.57 | $13.79 |
| Kortz, Amanda | | | $0.00 | $0.00 | $213.28 | $106.64 |
| Koutchapova, Anna | | | $0.00 | $0.00 | $392.57 | $196.29 |
| Kraft, Thomas | | | $0.00 | $0.00 | $294.07 | $147.04 |
| Krautkramer, Aubrey A | | | $0.00 | $0.00 | $538.08 | $269.04 |
| Krautkramer, Leann | | | $0.00 | $0.00 | $100.57 | $50.29 |
| Kronberg, Sean M | | | $0.00 | $0.00 | $187.50 | $93.75 |
| Kubiak, Jennifer | | | $0.00 | $0.00 | $47.39 | $23.69 |
| Kuchta, Samantha | | | $0.00 | $0.00 | $257.33 | $128.66 |
| Kuhn, Heather | | | $0.00 | $0.00 | $296.56 | $148.28 |
| Kurilla, Heather | | | $0.00 | $0.00 | $240.47 | $120.23 |
| Kurzynski, Sharon | | | $0.00 | $0.00 | $840.87 | $420.43 |
| Lacy, Jasmine | | | $0.00 | $0.00 | $151.52 | $75.76 |
| Laitinen, Lynda | | | $0.00 | $0.00 | $161.60 | $80.80 |
| Landreth, Morgan | | | $0.00 | $0.00 | $106.90 | $53.45 |
| Larson, Liane | | | $0.00 | $0.00 | $749.89 | $374.95 |
| Lawrence, Michelle | | | $0.00 | $0.00 | $321.97 | $160.98 |
| Leal, Jessica | | | $0.00 | $0.00 | $209.62 | $104.81 |
| Lee, Chor | | | $0.00 | $0.00 | $965.41 | $482.70 |
| Lee, Chouyee | | | $0.00 | $0.00 | $405.34 | $202.67 |
| Lee, Krissi | | | $0.00 | $0.00 | $48.64 | $24.32 |
| Lefeber, Tami | | | $0.00 | $0.00 | $312.59 | $156.29 |
| Lewandowski, Cari | | | $0.00 | $0.00 | $283.10 | $141.55 |
| Lewis, Beth | | | $0.00 | $0.00 | $320.35 | $160.17 |
| Lewis-Patin, Tonya | | | $0.00 | $0.00 | $165.36 | $82.68 |
| Liegel, Brittany | | | $0.00 | $0.00 | $275.15 | $137.58 |
| Limuel, Brittany | | | $0.00 | $0.00 | $178.84 | $89.42 |
| Limuel, Darrell | | | $0.00 | $0.00 | $7.15 | $3.58 |
| Liska, Cody | | | $0.00 | $0.00 | $177.18 | $88.59 |
| List, Dorene V | | | $0.00 | $0.00 | $1,130.59 | $565.30 |
| Lloyd, Angela | | | $0.00 | $0.00 | $337.29 | $168.64 |
| Lo, Isabella | | | $0.00 | $0.00 | $12.04 | $6.02 |
| Lopez, Daniel Joseph | | | $0.00 | $0.00 | $94.44 | $47.22 |
| Lopez, Lorena | | | $0.00 | $0.00 | $808.50 | $404.25 |
| Lor, Andrew | | | $0.00 | $0.00 | $282.67 | $141.33 |
| Lor, Mai | | | $0.00 | $0.00 | $229.41 | $114.70 |
| Lorge, Wendy | | | $0.00 | $0.00 | $207.14 | $103.57 |
| Louis, Jordan M | | | $0.00 | $0.00 | $1,169.14 | $584.57 |
| Lumina, Beth | | | $0.00 | $0.00 | $253.69 | $126.85 |
| Lundrigan, Jamie | | | $0.00 | $0.00 | $557.75 | $278.87 |

| Name | | | | | | |
|---|---|---|---|---|---|---|
| Lundrigan, Jamie | | | $0.00 | $0.00 | $1,472.59 | $736.30 |
| Luther, Jason A | | | $0.00 | $0.00 | $1,281.01 | $640.50 |
| Mader, Camie J | | | $0.00 | $0.00 | $0.00 | $0.00 |
| Manalo, Jerome-Peter | | | $0.00 | $0.00 | $99.20 | $49.60 |
| Manteufel, Emma Mihkala | | | $0.00 | $0.00 | $871.65 | $435.83 |
| Marak, Sarah J | | | $0.00 | $0.00 | $196.67 | $98.34 |
| Mark, Nichole | | | $0.00 | $0.00 | $305.24 | $152.62 |
| Martinez-Quineche, Natalie | | | $0.00 | $0.00 | $5.82 | $2.91 |
| Martone, Teresa | | | $0.00 | $0.00 | $125.24 | $62.62 |
| Marzett, Nolan | | | $0.00 | $0.00 | $92.17 | $46.08 |
| Mathias, Samantha | | | $0.00 | $0.00 | $174.02 | $87.01 |
| Mathys, Benjamin | | | $0.00 | $0.00 | $72.24 | $36.12 |
| Mayer, Michelle | | | $0.00 | $0.00 | $848.70 | $424.35 |
| McCowen, Brandon | | | $0.00 | $0.00 | $125.73 | $62.86 |
| McDaniel, Carrie | | | $0.00 | $0.00 | $236.36 | $118.18 |
| McKenzie, Barbara | | | $0.00 | $0.00 | $273.30 | $136.65 |
| McPherson, Sara | | | $0.00 | $0.00 | $127.50 | $63.75 |
| Meissner, Lisa | | | $0.00 | $0.00 | $274.84 | $137.42 |
| Melin, Tracy | | | $0.00 | $0.00 | $1,448.64 | $724.32 |
| Menke, Alexandra | | | $0.00 | $0.00 | $35.17 | $17.58 |
| Menting, Brenda S | | | $0.00 | $0.00 | $858.68 | $429.34 |
| Meraz-Waukau, Bianca L | | | $0.00 | $0.00 | $0.00 | $0.00 |
| Merdan, Kimberly | | | $0.00 | $0.00 | $287.54 | $143.77 |
| Merow, Amy | | | $0.00 | $0.00 | $335.69 | $167.84 |
| Merta, Matthew | | | $0.00 | $0.00 | $187.46 | $93.73 |
| Mielke, Courtney | | | $0.00 | $0.00 | $83.82 | $41.91 |
| Miller Jr, William | | | $0.00 | $0.00 | $688.98 | $344.49 |
| Miller, Kayla | | | $0.00 | $0.00 | $103.06 | $51.53 |
| Miller, Sarah | | | $0.00 | $0.00 | $12.99 | $6.49 |
| Mindham, Michaela | | | $0.00 | $0.00 | $153.35 | $76.67 |
| Mistry, Vandana V | | | $0.00 | $0.00 | $0.00 | $0.00 |
| Mittelstaedt, Kayla | | | $0.00 | $0.00 | $293.28 | $146.64 |
| Mittelstaedt, Matthew | | | $0.00 | $0.00 | $302.61 | $151.31 |
| Montanez, Michelle | | | $0.00 | $0.00 | $4.56 | $2.28 |
| Moreno-Briseno, Isabel | | | $0.00 | $0.00 | $466.30 | $233.15 |
| Morgan, Laura | | | $0.00 | $0.00 | $397.57 | $198.78 |
| Morgan, Lauren | | | $0.00 | $0.00 | $9.49 | $4.75 |
| Morrell, Julie | | | $0.00 | $0.00 | $286.34 | $143.17 |
| Mortimer, Melissa | | | $0.00 | $0.00 | $16.56 | $8.28 |
| Moser, Sarah | | | $0.00 | $0.00 | $366.61 | $183.31 |
| Moua, Christie | | | $0.00 | $0.00 | $54.23 | $27.11 |

| Name | | | | | | |
|---|---|---|---|---|---|---|
| Moua, Jessica | | | $0.00 | $0.00 | $374.83 | $187.41 |
| Moua, MaiKou | | | $0.00 | $0.00 | $658.07 | $329.04 |
| Mueller, Brianna | | | $0.00 | $0.00 | $210.81 | $105.40 |
| Murphy, Samantha | | | $0.00 | $0.00 | $309.60 | $154.80 |
| Nabbefeld, Mariah | | | $0.00 | $0.00 | $37.44 | $18.72 |
| Nagan, Casondra | | | $0.00 | $0.00 | $732.37 | $366.18 |
| Nagan, Hannah Mae | | | $0.00 | $0.00 | $737.50 | $368.75 |
| Naus, Kristin | | | $0.00 | $0.00 | $201.32 | $100.66 |
| Newhouse, Amanda | | | $0.00 | $0.00 | $42.83 | $21.42 |
| Newhouse, Shayna Marie | | | $0.00 | $0.00 | $947.36 | $473.68 |
| Nielsen, Janice | | | $0.00 | $0.00 | $355.60 | $177.80 |
| Nieuwenhuis, James Allen | | | $0.00 | $0.00 | $795.50 | $397.75 |
| Nikolai, Christine | | | $0.00 | $0.00 | $278.09 | $139.05 |
| Nitschke, Kassandra | | | $0.00 | $0.00 | $25.75 | $12.88 |
| Noel, Bailee | | | $0.00 | $0.00 | $315.83 | $157.91 |
| Nordlinder, Karen | | | $0.00 | $0.00 | $320.93 | $160.46 |
| Novak, Candice | | | $0.00 | $0.00 | $330.49 | $165.24 |
| O'Connell, Janice | | | $0.00 | $0.00 | $102.45 | $51.23 |
| Okray, Heather | | | $0.00 | $0.00 | $327.23 | $163.62 |
| Olson, Amanda | | | $0.00 | $0.00 | $290.16 | $145.08 |
| Onsager, Angela | | | $0.00 | $0.00 | $302.18 | $151.09 |
| Onus, Jessica Elizabeth | | | $0.00 | $0.00 | $471.51 | $235.75 |
| Otto, Amy G | | | $0.00 | $0.00 | $980.32 | $490.16 |
| Otto, Casey J | | | $0.00 | $0.00 | $1,027.60 | $513.80 |
| Otto, Christina | | | $0.00 | $0.00 | $17.38 | $8.69 |
| Paalman, Tami L | | | $0.00 | $0.00 | $1,030.30 | $515.15 |
| Pabich, MacKenzie | | | $0.00 | $0.00 | $5.13 | $2.56 |
| Paddock, Deanna | | | $0.00 | $0.00 | $350.89 | $175.44 |
| Pagel, Ben | | | $0.00 | $0.00 | $332.03 | $166.02 |
| Pankow, Laurie | | | $0.00 | $0.00 | $458.57 | $229.28 |
| Parker, Amanda | | | $0.00 | $0.00 | $367.50 | $183.75 |
| Patchin, Matthew | | | $0.00 | $0.00 | $1,014.93 | $507.47 |
| Patterson, Brittney | | | $0.00 | $0.00 | $192.05 | $96.02 |
| Payne, Justice | | | $0.00 | $0.00 | $258.89 | $129.44 |
| Phalin, Kathrine | | | $0.00 | $0.00 | $27.37 | $13.69 |
| Phelps, Sally | | | $0.00 | $0.00 | $161.88 | $80.94 |
| Pickart, Mathias Michael | | | $0.00 | $0.00 | $784.53 | $392.27 |
| Plasky, Laurel | | | $0.00 | $0.00 | $41.68 | $20.84 |
| Plumb, Jatana C | | | $0.00 | $0.00 | $44.44 | $22.22 |
| Polanco, Alyssa | | | $0.00 | $0.00 | $87.41 | $43.71 |
| Ponschock, Brandon | | | $0.00 | $0.00 | $34.95 | $17.48 |

| Name | | | | | | |
|---|---|---|---|---|---|---|
| Porter, Abigail | | | $0.00 | $0.00 | $6.52 | $3.26 |
| Pukall, Carissa A | | | $0.00 | $0.00 | $1,073.56 | $536.78 |
| Quella, Kristina | | | $0.00 | $0.00 | $324.65 | $162.32 |
| Raboin, Brandon H | | | $0.00 | $0.00 | $1,031.00 | $515.50 |
| Radunzel, Tracy | | | $0.00 | $0.00 | $15.35 | $7.68 |
| Ratajczak, Camron | | | $0.00 | $0.00 | $9.00 | $4.50 |
| Ray, Tammy | | | $0.00 | $0.00 | $72.24 | $36.12 |
| Raymond, Lindsay | | | $0.00 | $0.00 | $326.15 | $163.07 |
| Recker, Joshua James | | | $0.00 | $0.00 | $1,015.52 | $507.76 |
| Reeves, Allison M | | | $0.00 | $0.00 | $499.37 | $249.69 |
| Regan, Jessica | | | $0.00 | $0.00 | $584.73 | $292.36 |
| Regennitter, Kassina | | | $0.00 | $0.00 | $112.83 | $56.42 |
| Reinfried, Jennifer | | | $0.00 | $0.00 | $107.42 | $53.71 |
| Rice III, Joseph | | | $0.00 | $0.00 | $101.30 | $50.65 |
| Rice, Kristi | | | $0.00 | $0.00 | $339.45 | $169.72 |
| Riehl, Mariah | | | $0.00 | $0.00 | $29.27 | $14.64 |
| Riehl, Trelee | | | $0.00 | $0.00 | $217.46 | $108.73 |
| Rietveld, Carol | | | $0.00 | $0.00 | $229.61 | $114.81 |
| Rilling, Sara | | | $0.00 | $0.00 | $27.35 | $13.67 |
| Riste, Patrick | | | $0.00 | $0.00 | $81.77 | $40.89 |
| Robbins, Mary | | | $0.00 | $0.00 | $10.39 | $5.19 |
| Robbins, Trisha A | | | $0.00 | $0.00 | $1,025.16 | $512.58 |
| Roberts, Daniel | | | $0.00 | $0.00 | $172.78 | $86.39 |
| Rod, Samantha | | | $0.00 | $0.00 | $16.99 | $8.49 |
| Rodriguez, Candida | | | $0.00 | $0.00 | $9.88 | $4.94 |
| Ropski, Brianna | | | $0.00 | $0.00 | $413.56 | $206.78 |
| Rothe, Amanda | | | $0.00 | $0.00 | $88.65 | $44.33 |
| Rouse, John | | | $0.00 | $0.00 | $358.75 | $179.37 |
| Roy, Brandon | | | $0.00 | $0.00 | $385.17 | $192.59 |
| Rucker, Shawnteanna M | | | $0.00 | $0.00 | $226.01 | $113.01 |
| Rugg, Shelby | | | $0.00 | $0.00 | $255.73 | $127.87 |
| Ruiz, James | | | $0.00 | $0.00 | $60.51 | $30.26 |
| Running Hawk, Shaylee M | | | $0.00 | $0.00 | $0.00 | $0.00 |
| Rusch, Kristen | | | $0.00 | $0.00 | $211.95 | $105.97 |
| Sagunsky, Kendra | | | $0.00 | $0.00 | $270.86 | $135.43 |
| Salfai, Sheena | | | $0.00 | $0.00 | $298.45 | $149.22 |
| Santana-Shaver, Karla | | | $0.00 | $0.00 | $8.91 | $4.45 |
| Satterwhite, Frank | Opt-in | | $122.68 | $122.68 | $172.43 | $86.21 |
| Satterwhite, Taysia | | | $0.00 | $0.00 | $206.67 | $103.34 |
| Sawlsville, Rikki | | | $0.00 | $0.00 | $312.84 | $156.42 |
| Sawlsville, Shanin R | | | $0.00 | $0.00 | $417.13 | $208.57 |

| Name | | | | | | |
|---|---|---|---|---|---|---|
| Sawlsville, Shanin R | | | $0.00 | $0.00 | $1,022.25 | $511.13 |
| Schlintz, Sue | | | $0.00 | $0.00 | $332.03 | $166.02 |
| Schmidt, Jennifer | | | $0.00 | $0.00 | $311.52 | $155.76 |
| Schmidt, Joseph | | | $0.00 | $0.00 | $334.08 | $167.04 |
| Schmitt, Sheena | | | $0.00 | $0.00 | $240.83 | $120.42 |
| Schmoker, Karey | | | $0.00 | $0.00 | $284.33 | $142.16 |
| Schnell, Sarah | | | $0.00 | $0.00 | $305.02 | $152.51 |
| Schroeder, Dylan | | | $0.00 | $0.00 | $184.50 | $92.25 |
| Schweiner, Rachael | | | $0.00 | $0.00 | $99.24 | $49.62 |
| Seehafer, Angela | | | $0.00 | $0.00 | $369.51 | $184.75 |
| Sellers, Meghan | | | $0.00 | $0.00 | $727.52 | $363.76 |
| Senso, Phillip G | | | $0.00 | $0.00 | $1,206.42 | $603.21 |
| Serrano, Maria Guadalupe | | | $0.00 | $0.00 | $230.46 | $115.23 |
| Serrano, William | | | $0.00 | $0.00 | $159.22 | $79.61 |
| Seymour, Jenna | | | $0.00 | $0.00 | $19.56 | $9.78 |
| Sheperd, Benjamin | | | $0.00 | $0.00 | $302.77 | $151.38 |
| Sias, Kathryn L | | | $0.00 | $0.00 | $311.55 | $155.77 |
| Simonet, Ryan | | | $0.00 | $0.00 | $235.31 | $117.65 |
| Singer, Hunter | | | $0.00 | $0.00 | $49.91 | $24.96 |
| Singer, Samantha | | | $0.00 | $0.00 | $244.91 | $122.45 |
| Slaght, Virginia D | | | $0.00 | $0.00 | $0.00 | $0.00 |
| Sliter, Ryan | | | $0.00 | $0.00 | $32.81 | $16.40 |
| Smades, Lauren | | | $0.00 | $0.00 | $40.34 | $20.17 |
| Smith, Nathan | | | $0.00 | $0.00 | $321.81 | $160.91 |
| Smith-Green, Tara L | | | $0.00 | $0.00 | $931.13 | $465.56 |
| Sobiek, Suzanna | | | $0.00 | $0.00 | $584.73 | $292.36 |
| Sochuliak, Tabitha M | | | $0.00 | $0.00 | $1,119.15 | $559.57 |
| Solin, Christopher | | | $0.00 | $0.00 | $22.56 | $11.28 |
| Solowicz, Mary | | | $0.00 | $0.00 | $298.32 | $149.16 |
| Spatchek, Sarah | | | $0.00 | $0.00 | $1,295.56 | $647.78 |
| Sprangers, Brittany | | | $0.00 | $0.00 | $1,252.03 | $626.01 |
| Sprewer, Kierra | | | $0.00 | $0.00 | $449.84 | $224.92 |
| St. Marie, William | Excluder | | $0.00 | $0.00 | $0.00 | $0.00 |
| Stackhouse, Milsha | | | $0.00 | $0.00 | $6.83 | $3.42 |
| Staege, Brittany A | | | $0.00 | $0.00 | $538.08 | $269.04 |
| Starks, Nancy | | | $0.00 | $0.00 | $54.52 | $27.26 |
| Staudinger, Sheila A | | | $0.00 | $0.00 | $1,135.16 | $567.58 |
| Steinbach, Musetta | | | $0.00 | $0.00 | $182.30 | $91.15 |
| Stephans, Monica | | | $0.00 | $0.00 | $50.87 | $25.44 |
| Stone, Samantha | | | $0.00 | $0.00 | $0.54 | $0.27 |
| Strand, Brian | | | $0.00 | $0.00 | $45.69 | $22.84 |

| Name | | | | | | |
|---|---|---|---|---|---|---|
| Streck, Brett | | | $0.00 | $0.00 | $16.05 | $8.02 |
| Strickland, Brandie Aurora | | | $0.00 | $0.00 | $85.79 | $42.90 |
| Stroupe, Amber L | | | $0.00 | $0.00 | $55.09 | $27.54 |
| Strupp, Robert | | | $0.00 | $0.00 | $266.92 | $133.46 |
| Stuck, Melissa | | | $0.00 | $0.00 | $34.95 | $17.48 |
| Swedberg, Bobbie Jo | | | $0.00 | $0.00 | $707.55 | $353.78 |
| Sweeney, Crystal | | | $0.00 | $0.00 | $29.34 | $14.67 |
| Swiontek, Julie | | | $0.00 | $0.00 | $40.42 | $20.21 |
| Tapia, Rosalinda | | | $0.00 | $0.00 | $276.15 | $138.08 |
| Thao, Nick | | | $0.00 | $0.00 | $762.68 | $381.34 |
| Thomas, Hannah | | | $0.00 | $0.00 | $108.60 | $54.30 |
| Tremaine, Anne | | | $0.00 | $0.00 | $361.38 | $180.69 |
| Vallafskey, Teresa | | | $0.00 | $0.00 | $327.57 | $163.79 |
| Van Boxtel, Susan | | | $0.00 | $0.00 | $336.65 | $168.32 |
| Van Dyn Hoven, Amy | | | $0.00 | $0.00 | $1,218.17 | $609.09 |
| Van Rossum, Michael | | | $0.00 | $0.00 | $381.47 | $190.73 |
| Vanden Elzen, Laurie | | | $0.00 | $0.00 | $315.55 | $157.77 |
| Vander Pas, Kristin | | | $0.00 | $0.00 | $311.31 | $155.66 |
| VanderHeiden, Adam | | | $0.00 | $0.00 | $54.52 | $27.26 |
| Vandervest, Renee A | | | $0.00 | $0.00 | $1,176.01 | $588.01 |
| Vang, Anna | | | $0.00 | $0.00 | $226.12 | $113.06 |
| Vang, Sheng | | | $0.00 | $0.00 | $72.24 | $36.12 |
| VanHeuklon, Ashley | | | $0.00 | $0.00 | $256.29 | $128.14 |
| VanOrden, Melanie | | | $0.00 | $0.00 | $52.05 | $26.02 |
| Varick, Abby | | | $0.00 | $0.00 | $281.38 | $140.69 |
| Vendittelli, Joel | | | $0.00 | $0.00 | $201.30 | $100.65 |
| Vickery, Justin | | | $0.00 | $0.00 | $324.94 | $162.47 |
| Vieyra, Sylvia | | | $0.00 | $0.00 | $1,179.28 | $589.64 |
| Vogel, Miranda | | | $0.00 | $0.00 | $286.54 | $143.27 |
| Volden, Kiley | | | $0.00 | $0.00 | $106.21 | $53.11 |
| Vue, Soua | | | $0.00 | $0.00 | $247.12 | $123.56 |
| Wachholz, Blake | | | $0.00 | $0.00 | $147.08 | $73.54 |
| Wagner, Chelsey | | | $0.00 | $0.00 | $24.44 | $12.22 |
| Wagner, Debbie | | | $0.00 | $0.00 | $213.89 | $106.94 |
| Walker, Taylor | | | $0.00 | $0.00 | $298.45 | $149.22 |
| Wallace, Darci | | | $0.00 | $0.00 | $47.94 | $23.97 |
| Warner, Nijah V | | | $0.00 | $0.00 | $0.00 | $0.00 |
| Wayne, Stephanie Lynn | | | $0.00 | $0.00 | $772.08 | $386.04 |
| Weber, Melissa R | | | $0.00 | $0.00 | $0.00 | $0.00 |
| Webster, Sarah | | | $0.00 | $0.00 | $78.95 | $39.48 |
| Wedelstadt, Kayla M | | | $0.00 | $0.00 | $249.77 | $124.88 |

| Name | | | | | | |
|---|---|---|---|---|---|---|
| Weed, Jason | | | $0.00 | $0.00 | $242.30 | $121.15 |
| Wells, Holly A | | | $0.00 | $0.00 | $282.17 | $141.08 |
| Wendling, Stefi | | | $0.00 | $0.00 | $22.79 | $11.39 |
| Wenninger, Shanda | | | $0.00 | $0.00 | $200.17 | $100.08 |
| Wenz, Brandi | | | $0.00 | $0.00 | $112.38 | $56.19 |
| Werth, Amy | | | $0.00 | $0.00 | $1,321.55 | $660.77 |
| Wettstein, Rachael E | | | $0.00 | $0.00 | $1,151.97 | $575.99 |
| Wiesneski, Autumn Victoria | | | $0.00 | $0.00 | $538.08 | $269.04 |
| Wieting, Karissa J | | | $0.00 | $0.00 | $1,025.20 | $512.60 |
| Williams, Zachary J | | | $0.00 | $0.00 | $304.04 | $152.02 |
| Winkler, Amanda | | | $0.00 | $0.00 | $22.56 | $11.28 |
| Winters, Megan | | | $0.00 | $0.00 | $357.92 | $178.96 |
| Wogahn, Kyle | | | $0.00 | $0.00 | $53.90 | $26.95 |
| Wolff, Steven | | | $0.00 | $0.00 | $272.16 | $136.08 |
| Wroblewski, Michael A | | | $0.00 | $0.00 | $340.25 | $170.13 |
| Xiong, Bee | | | $0.00 | $0.00 | $385.17 | $192.59 |
| Xiong, Hua | | | $0.00 | $0.00 | $1,133.19 | $566.60 |
| Xiong, Mai Neng | | | $0.00 | $0.00 | $713.54 | $356.77 |
| Xiong, MaiKou | | | $0.00 | $0.00 | $555.29 | $277.64 |
| Xiong, Seng Michael | | | $0.00 | $0.00 | $957.55 | $478.77 |
| Xiong, Yer | | | $0.00 | $0.00 | $204.81 | $102.41 |
| Yang, Julie | | | $0.00 | $0.00 | $236.09 | $118.05 |
| Yang, Mao | | | $0.00 | $0.00 | $28.49 | $14.25 |
| Yang, Nancy | | | $0.00 | $0.00 | $768.28 | $384.14 |
| Yang, Twinky | | | $0.00 | $0.00 | $49.11 | $24.55 |
| Zander, Lynne | | | $0.00 | $0.00 | $248.21 | $124.10 |
| Zimmerman-Exley, Alissa | | | $0.00 | $0.00 | $352.43 | $176.22 |

9. The Court **ORDERS** Defendant Navitus Health Solutions, LLC, within thirty (30) days of this Order, deliver the above-awarded Attorneys' Fees and Costs, in the amount of $291,321.42 to Class Counsel, Hawks Quindel, S.C.

10. By consent of the Parties, the Court shall retain jurisdiction for the sole purpose of enforcing the terms of the Settlement Agreement and the mandatory injunction contained herein.

11. Except as provided for in this Order, this case is dismissed with prejudice with respect to each participating class member and dismissed without prejudice with respect to each non-participating class member. Each party shall bear its own attorneys' fees and costs not otherwise provided for in the Settlement Agreement or this Order.

Dated this __14__ day of __May__, 2020.

BY THE COURT:

_s/William C. Griesbach_
William C. Griesbach, Judge
United States District Court